Blauner's, Inc., et al., Appellants, *v.*
Philadelphia et al.

Wilson et ux., Appellants, *v.* Philadelphia et al.

Argued March 21, 1938. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Paul Freeman,* of *Freeman, Fox & Steeble,* with him *Simon Pearl,* for appellants, in No. 195.

*Lemuel B. Schofield,* with him *W. Bradley Ward,* for appellants, in Nos. 200 and 201.

*Robert T. McCracken,* with him *George G. Chandler,* for Receiver of Taxes, appellee.

*Abraham Wernick,* with him *G. Coe Farrier,* Assistant City Solicitors, and *Joseph Sharfsin,* City Solicitor, for City of Philadelphia, appellee.

*M. J. S. Stoney,* for amicus curiæ.

*Carlos Berguido, Jr.,* with him *Ira Jewell Williams, Townsend Munson, Robert V. Massey, Jr., J. Harry La-Brum, Bertram K. Wolfe, H. Eugene Heine, George V. Strong, John J. McDevitt, Jr., Boyd Lee Spahr, Barnes, Biddle & Myers* and *Brown & Williams,* for amici curiæ.

PER CURIAM, March 23, 1938:
We find no foundation for the objections to the enforcement of the City Sales Tax Ordinance made, on the

one hand, by the plaintiff appellants, and, on the other, by briefs filed under Rule 61 on behalf of the Philadelphia Restaurant Managers' Association, and the Club Managers' Association.

In each appeal the decree is affirmed at appellants' costs. An opinion will be filed in due course by Mr. Justice DREW stating the reasons for this conclusion.